# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,** | : CIVIL ACTION NO. 1:16-CV-1342 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **WILLIAM HACK,** | : |
| Defendant | : |

## **ORDER**

AND NOW, this 3rd day of May, 2017, upon consideration of the motion (Doc. 6) to dismiss filed by defendant William Hack, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 6) to dismiss is GRANTED to the extent that plaintiff's fraud claim (Count II) is dismissed with prejudice.

2. Defendant's motion (Doc. 6) to dismiss is otherwise DENIED.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania