# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,** | : : : : | CIVIL ACTION NO. 1:16-CV-1342 <br><br> (Chief Judge Conner) |
| Plaintiff | : : | |
| v. | : : | |
| **WILLIAM HACK,** | : : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 28th day of February, 2018, upon consideration of the motion (Doc. 18) filed by plaintiff Metropolitan Group Property and Casualty Insurance Company ("Metropolitan") seeking to dismiss the counterclaim (Doc. 14) advanced by defendant William Hack ("Hack"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 18) to dismiss Hack's counterclaim is GRANTED in part and DENIED in part as follows:

    a. Subparagraphs 77(a), (f), (g), (o), (p), (q), and (r) are DISMISSED with prejudice.

    b. Subparagraphs 77(j), (k), and (l) are DISMISSED with prejudice to the extent they challenge a denial of benefits.

    c. Metropolitan's motion (Doc. 18) is otherwise DENIED.

2. Metropolitan shall respond to Hack's counterclaim (Doc. 14) in accordance with the Federal Rules of Civil Procedure.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania